GARY M. RESTAINO
United States Attorney
District of Arizona
GORDON E. DAVENPORT, III
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gordon.davenport.iii@usdoj.gov
Attorneys for Plaintiff

FILED

2023 FEB 16 PM 3:01

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR23-00204 TUC-SHR(BGM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **I N D I C T M E N T** |
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 201(b)(2) |
| Heather Alissa Neff, | (Accepting a Bribe by a Public Official) |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**18 U.S.C. § 201**
**(Accepting a Bribe by a Public Official**

From on or about January 2019 to June 2019, in the District of Arizona, **HEATHER ALISSA NEFF**, a public official, to wit a Corrections Officer with the United States Bureau of Prisons, directly and indirectly did corruptly demand, seek, receive, accept, something of value personally, to wit, more than one cash payment, in return for being induced to do a series of acts and omissions that were in violation of her official duty as a corrections officer.

///

///

All in violation of Title 18, United States Code, Section 201(b)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: 2/16/2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
GORDON E. DAVENPORT, III
Assistant U.S. Attorney